

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-21-00159-CV

**IN THE INTEREST OF D.D.V., A CHILD**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00206
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. On April 19, 2021, appellant filed a notice of appeal stating her intent to appeal a final decree of termination "rendered on April 5, 2021." The clerk's record was filed on May 10, 2021. Although the clerk's record contained the judge's notes, the clerk's record did not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (mem. op.) (noting judge's notes do not constitute a final order). In response to this court's inquiry, the trial court clerk confirmed the trial court had not signed a final order. Because "an appeal may be prosecuted only from a final judgment," *Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966), we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.

On June 8, 2021, the district clerk filed a supplemental clerk's record containing a signed, written order terminating appellant's parental rights. We therefore retain this appeal on the docket and reinstate the appellate deadlines. The reporter's record is now due. We **ORDER** the court reporter to file the reporter's record **by June 21, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court